## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TSEGA DEMEKA | : | CIVIL ACTION NO. |
| 4903 Manitoba Drive, | : | |
| Apt. 201, | : | |
| Alexandra, Virginia 22312 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Fort Lincoln Realty Company, Inc. | : | |
| 3298 Fort Lincoln Drive, | : | |
| N.E., Washington, DC 20018 | : | |
| | : | |
| Defendant | : | September 2, 2005 |
| | : | |

## COMPLAINT

### JURISDICTION AND VENUE

1. The plaintiff brings this action for redress of injuries sustained because of the defendant's violations of the overtime provisions of the Fair Labor Standards Act (hereinafter "FLSA"), 29 U.S.C. §201, et. seq. at §207. The action seeks monetary, compensatory and liquidated damages and attorneys' fees.

2. This action is authorized by and instituted under §16(b) of the FLSA, 29 U.S.C. §216(b). Jurisdiction of this Court is conferred by §16(b) of the FLSA, 29 U.S.C. §216(b) and by 28 U.S.C. §1331 and §1337.

3. Venue is appropriate in the District of Columbia in accordance with 28 U.S.C. §1391(b), because this is the district in which the claim arose.

## THE PARTIES

4. The plaintiff, Tsega Demeka (hereinafter referred to as the plaintiff or Mr. Demeka), is a permanent resident of the United States who resides at 4903 Manitoba Drive, Apt. 201, Alexandria, VA 22312.

5. At all times relevant herein, Mr. Demeka was an employee of the defendant, Fort Lincoln Realty Company, Inc. (hereinafter referred to as the defendant) as defined under §3(e)(1) of the FLSA, 29 U.S.C. §203(e)(1).

6. The defendant is a corporation engaged in interstate commerce.  At all times relevant herein, it did business in the District of Columbia, including operating a real estate management company named Fort Lincoln Realty Company, Inc., at 3298 Fort Lincoln Drive, N.E., Washington, DC 20018.

7. At all times relevant herein, the defendant was Mr. Demeka's employer as defined under §3(d) of the FLSA, 29 U.S.C. §203(d).

## STATEMENT OF THE CLAIM
(Violations of the Overtime Provisions of the FLSA)

8. The plaintiff repeats, re-alleges and incorporates herein by reference paragraphs 1 to 7.

9. From January, 1999 to April 15, 2005, Mr. Demeka was employed with the defendant as an accountant.

10. In this position, Mr. Demeka would perform services for the defendant that regularly required him to work more than forty (40) hours in any one workweek.

11. From August 2002 to March 2005, the defendant failed to pay Mr. Demeka at a rate of one and one half times his regular rate of pay for workweeks in which he worked more than forty hours.

12. The defendant's failure to pay Mr. Demeka for work at a rate of one and one half times his regular rate of pay for work weeks in which he worked more than forty hours violated §7(a)(1) of the FLSA, 29 U.S.C. §207(a)(1).

13. On information and belief, the defendant denied Mr. Demeka overtime wages they knew, or, it not been reckless, should have known, were owed to him under the FLSA.

14. The defendant paid Mr. Demeka his regular rate for the overtime he worked when defendant knew that it should have paid plaintiff at a rate of one and one half times his regular rate of pay.

15. The defendant's violations of Mr. Demeka's rights under the FLSA were willful.

16. As a result of the defendant's violations of the FLSA, Mr. Demeka has lost overtime wages that he was entitled to receive.

## DEMAND FOR RELIEF

WHEREFORE, the plaintiffs request that this Court:

1. Issue a judgment for the plaintiff declaring that the defendant has violated the FLSA;

2. Award the plaintiff damages, with pre- and post-judgment interest, for all lost overtime wages and liquidated damages or double damages as provided for in 29 U.S.C. §216(b);

3. Award the plaintiff the costs of this action, including reasonable attorneys fees, as provided for under §16(b) of the FLSA, 29 U.S.C. §216(b).

4. Award the plaintiff such other and additional relief as may be just and proper.

## REQUEST FOR TRIAL BY JURY

The plaintiff respectfully requests a trial by jury as to all claims to which he is entitled.

        Respectfully submitted,
        THE PLAINTIFF,
        TSEGA DEMEKA


By: /s/ _____
     Jonathan L. Gould
     DC Bar # 491052
     KESTELL & ASSOCIATES
     717 D Street, NW, Suite 100
     Washington, DC 20004
     (202) 347-3889
     (202) 347-4482
     email jgould@igc.org


Please enter my appearance on behalf of the plaintiff, Tsega Demeka.