UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TSEGA DEMEKA | : | CIVIL ACTION NO. |
| 4903 Manitoba Drive, | : | |
| Apt. 201, | : | |
| Alexandra, Virginia 22312 | : | |
| | : | |
|     Plaintiff | : | 1:05-CV-01755 |
| | : | Judge Rosemary M. Collyer |
| v. | : | |
| | : | |
| Fort Lincoln Realty Company, Inc. | : | |
| 3298 Fort Lincoln Drive, | : | |
| N.E., Washington, DC 20018 | : | |
| | : | |
|     Defendant | : | October 18, 2005 |
| | : | |

**NOTICE OF DISMISSAL**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff hereby files his notice of dismissal of the above-captioned case.

                                        Respectfully submitted,
                                        THE PLAINTIFF,
                                        TSEGA DEMEKA

                            By: /s/_____
                                        Jonathan L. Gould
                                        DC Bar # 491052
                                        KESTELL & ASSOCIATES
                                        1012 14th Street, NW, Suite 630
                                        Washington, DC 20005
                                        (202) 347-3889
                                        (202) 347-4482
                                        email jgould@igc.org